## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | STEVEN KIVETT (J) | CASE NO: | 00-4178-SNOW |
| AUSA: | JEFFREY KAPLAN /nes | ATTY: | |
| AGENT: | INS | VIOL: | 8:1324 - ALIEN SMUGGLING |
| PROCEEDING: | I/A ON COMPLAINT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Agents did not bring deft -

Deft arrested FTL 7-17-00 & placed in FTL City jail.

Agents picked him up 7-18-00 & transported him to Miami. I/A will be in Miami

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | PTD to be set | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | in FTL before SNOW | | | |
| STATUS CONFERENCE: | | | | |

DATE: 7-18-00   TIME: 11:00   FTL/LSS TAPE # 00 - 038   Begin: 470   End: