UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA # 61784 004

UNITED STATES OF AMERICA

Plaintiff

CASE NO. OO-4178-SNOW

v.

Kivett, Steven Milton

Defendant

REPORT COMMENCING CRIMINAL ACTION

FILED by N D.C.
JUL 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 7/17/00 1700
2. Spoken language: English
3. Offense(s) charged: 8 USC 1324 Interstate Trans
4. U.S. Citizen [✓] YES [ ] NO [ ] UNKNOWN
5. Date of birth: 6/23/49
6. Type of charging document: (Check One)
   [ ] INDICTMENT [✓] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _____ CASE NO. _____
   DISTRICT: _____ (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [ ] YES [ ] NO
   AMOUNT OF BOND: _____
   WHO SET BOND: _____
7. REMARKS:

8. DATE: 7/18/00
9. J. VANEK
   ARRESTING OFFICER
10. AGENCY: USBP
11. (954) 563-5807