koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-4178-SNOW

UNITED STATES OF AMERICA

    Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language ENGLISH
Tape No. 00C - *49 - 1935*
AUSA *Jeff Brigham*

v.

Agent US BORDER PATROL (954) 963-9807

STEVEN MILTON KIVETT

    Defendant.

DOB:  6-23-49
Reg # 61784-004

FILED by D.C.
JUL 20 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

The above-named defendant having been arrested on __7-17-00__ and having appeared before the court for initial appearance on __7-18-00__
and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows: *Sidney Smith for*
1. *Clayton Kaiser Esq.* appeared as permanent/temporary counsel of record.
    Address: *(Mr. Smith states Mr. Kaiser will file perm)*
    Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on __Ft. Lauderdale, Mon. July 24__, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am _____, 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because __6 out Rec.__   __Ft. Lauderdale__
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for ~~10am~~ *July 24*, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
*Arraignment/Prelim to be set by Judge SNOW*
*Counsel to call Clerk in Ft. Laud. for times of hearings*
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
__a. Surrender all passports and travel document to the Pretrial Services Office.
__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
__c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.



STEVEN MILTON KIVETT

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this 18th day of July, 2000.

UNITED STATES MAGISTRATE JUDGE
**BARRY L. GARBER**

c: Assistant U.S. Attorney
Defendant
Counsel
U.S. Marshal
Pretrial Services/Probation