| | | | |
|---|---|---|---|
| DEFT: | STEVEN KIVETT (J) | CASE NO: | 00-4178-Snow |
| AUSA: | Jeffrey Kaplan | ATTNY: | Clayton Kaiser |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD/Inquiry Re Counsel | BOND REC: | |
| BOND HEARING HELD – (yes)/no | | COUNSEL APPOINTED: | |
| BOND SET @ | | | |

FILED by ___ D.C.
JUL 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: — Argument heard by both parties.
— Defendant ordered to remain in custody; Order will be issued.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House: _____
____ Electronic Monitoring

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: July 31, 2000 @ 11:00 a.m.
STATUS CONFERENCE: _____

DATE: July 24, 2000   TIME: 10:00 a.m.   TAPE # 00-58   PG #

5/28