|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| v. : | CASE NO. 00-4178-Snow |
| STEVEN KIVETT : |  |

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by _____ D.C.
JUL 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW _CLAYTON R. KAEISER_ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) _CLAYTON R. KAEISER_

Counsel's Signature _Clayton R. K_____

Address _28 West Flagler, #301_
_Miami, Fla_      Zip Code: _33130_

Telephone _305/321-4989_