JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00 - 6205 CR - DIMITROULEAS
8 USC §1324(a)(1)(A)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
vs.                        )
                           )
STEVEN MELTON KIVETT,      )
                           )
            Defendant.     )
_____)

FILED by _____ D.C.
JUL 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

From on or about July 15, 2000, through on or about July 16, 2000, in the Southern District of Florida, and elsewhere, the defendant,

### STEVEN MELTON KIVETT,

did knowingly attempt to bring to the United States nine (9) aliens, knowing that said persons were aliens, at a place other than a designated port of entry and at a place other than as designated by the



Commissioner of the Immigration and Naturalization Service, in violation of Title 8, United States Code, Section 1324(a)(1)(A).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

**STEVEN MELTON KIVETT**          **Superseding Case Information**:
**Court Division**: (Select One)  New Defendant(s)        Yes ____   No ____
                                  Number of New Defendants    ____
___ Miami  ___ Key West           Total number of counts      ____
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _____NO_____
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)
   I    0 to 5 days       __X__         Petty        ____
   II   6 to 10 days      ____          Minor        ____
   III  11 to 20 days     ____          Misdem.      ____
   IV   21 to 60 days     ____          Felony       __X__
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _____ 00-4178-SNOW _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____July 17, 2000_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _x_ No

                                  _____
                                  JEFFREY N. KAPLAN
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Court Bar No. A5500030

*Penalty Sheet(s) attached                                    REV 6/27/00

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: <u>STEVEN MELTON KIVETT</u>   No.: _____

Count #I:
<u>Attempt to bring in aliens into the United States; in violation of 8:1324(a)(1)(A)</u>

*Max Penalty: <u>With respect to each alien five years' imprisonment, $250,000 fine.</u>

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV: 12/12/96