| | |
|---|---|
| DEFT: STEVEN KIVETT (J)# | CASE NO: 00-6205-CR-Dimitrouleas |
| AUSA: Jeff Kaplan /Rice | ATTNY: Clayton Kaiser _penn_ |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

FILED by ___ D.C.
JUL 3 1 2000
CLARENCE MADDOX
CLERK US DIST CT
SD FLA FT LAUD

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
___ Electronic Monitoring ___

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 8-15-00 | 11:00am | Snow |

DATE: 7-31-00   TIME: 11:00am   ends 11:30am   TAPE # 00-061   PG # 1620-1655