IN THE DISTRICT COURT OF THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 00-6205-CR-

-vs-

JUDGE:   DIMITROULEAS

STEVEN KIVETT,

    Defendant.
_____/

NOTICE OF PERMANENT APPEARANCE
FOR TRIAL ONLY
NOTICE OF DISCOVERY

    UNDERSIGNED COUNSEL, pursuant to Local Rule 88.7, hereby files his Notice of Permanent Appearance for trial only on behalf of the Defendant in the above-styled cause.

    The Defendant pleads NOT GUILTY to the charges and demands trial by jury.

    Notice of Discovery pursuant to Local Rule 88.10 is hereby given.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered this 31ST day of July, 2000, to the Office of the United States Attorney, 299 East Broward Blvd., Fort Lauderdale, Florida 33301.

CLAYTON R. KAEISER, ESQ.
28 West Flagler Street
Suite 301
Miami, Florida 33130
(305) 371-4989

CLAYTON R. KAEISER, ESQ.
Florida Bar No. 348120