FILED by D.C.
JUL 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6205-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Steven Kivett

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-31-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and ~~court appointed~~/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: IN CUSTODY

Telephone:

DEFENSE COUNSEL: Name: Clayton Kaiser

Address:

Telephone:

BOND SET/CONTINUED: $ Cont'd in custody

Bond hearing held: yes____ no____ Bond hearing set for____

Dated this 31 day of July, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-061

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services