UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVEN KIVETT,

Defendant.
_____/

CASE NO. 00-6205-CR-DIMITROULEAS

FILED by ____ D.C.

AUG 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER OF REASSIGNMENT

The above-styled case has been selected by the Clerk of Court utilizing a blind random selection procedure established by the court to insure the fair and impartial reassignment of cases from the calendars of the respective judges of the court to the calendars of the new judges of the court.

Prior to executing this Order, the undersigned has reviewed the file and has ruled upon all pending motions ripe for adjudication, in accordance with the policy established by the judges of the Southern District of Florida. (See Policy Manuel Section 2.02.04). It is therefore,

ORDERED AND ADJUDGED that the above-styled cause is hereby REASSIGNED to the calendar of the Honorable Paul C. Huck as of August 7, 2000, for all further proceedings. It is further,

ORDERED AND ADJUDGED that all pleadings hereafter filed shall bear the assigned case number followed by the surname HUCK in lieu of the present name, thereby indicating the judge to whom the case is assigned.



DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 4 day of August, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Jeffrey Kaplan., AUSA

Clayton R. Kaiser, Esquire
28 West Flagler Street
Suite 301
Miami, FL 33130