

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,   CASE NO. 00-6205-CR-HUCK
                            Magistrate Judge Brown
           Plaintiff,

vs.                         ORDER OF REFERENCE

STEVEN MELTON KIVETT,

           Defendants.
_____/

Pursuant to 28, U.S.C. Section 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, Defendant Kivett's Motion to Suppress Statements, in the above-entitled cause, is hereby **REFERRED** to United States Magistrate Judge Stephen T. Brown to take all necessary and proper action as required by law.

**DONE AND ORDERED**, in Miami, Florida, this 29th day of August, 2000.

                            PAUL C. HUCK
                            UNITED STATES DISTRICT JUDGE

cc:  Hon. Stephen T. Brown
     Jeffrey Kaplan, AUSA
     Clayton R. Kaeiser, Esq.