UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6205-CR-HUCK
Magistrate Judge Brown

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

STEVEN MELTON KIVETT,

 Defendant(s).
_____/

## NOTICE OF EVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that an evidentiary hearing has been set on Defendant's Motion to Suppress filed August 28, 2000. Said hearing shall take place on **Wednesday, September 6, 2000 at 2:00 P.M., at the United States District Court, 300 N.E. 1st Ave., Miami, Florida, Courtroom VIII.**

 (a) Requests for continuance of this hearing shall be filed at least three (3) days prior to the hearing.

 (b) Witness lists shall be exchanged at least 48 hours prior to the hearing.

 (c) All exhibits to be used at this hearing shall be pre-marked and made available to the opposing party at least 48 hours prior to the hearing.

 (d) All case law to be argued at this hearing shall be submitted to opposing counsel (*citations or copies of cases*) at least 48 hours prior to the hearing, unless already contained in written memoranda previously filed in this case.

(e) No supplemental or additional memoranda or other forms of alleged "written aid" to the Court shall be permitted, without prior approval of the Court, other than demonstrative aids for use at the hearing.

(f) The parties shall immediately notify this Court of any settlement of the matters which are the subject of this hearing.

(g) The Court has reserved two (2) hours for this hearing. If either party desires more time allotted, the appropriate motion shall be filed.

(h) Only the defendant(s) subject to this motion shall be required to attend this hearing.

**DONE AND ORDERED** this 31st day of August, 2000 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Ursula Ungaro-Benages
Clayton Kaeiser, Esq.
Jeffrey Kaplan, Esq.