UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6205-CR-HUCK
MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN MELTON KIVETT,

    Defendant.
_____/

### MOTION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court authorize the undersigned Assistant United States Attorney to bring electronic equipment into the courtroom, to wit, an audio tape recording system, for use in the trial of this case.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Jeffrey N. Kaplan
Assistant United States Attorney
Florida Bar No. A5500033
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3515
Facsimile: (954) 356-7336



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 7TH day of September, 2000, to:

Clayton Kaeiser, Esquire
28 W. Flagler Street
Suite 301
Miami, Florida 33130

*[signature]*

JEFFREY N. KAPLAN
Assistant United States Attorney