CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE PAUL C. HUCK

FILED by _____ D.C.

SEP 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

===================================================================

CASE NO. 00-6205-CR                    DATE 09-06-00

CLERK   Valerie Thompkins   REPORTER LARRY HERR

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. STEVEN MELTON KIVETT

AUSA JEFFREY KAPLAN            DEFENSE CSL. CLAYTON KAISER

Defendant(s) Present____ Not Present XX  In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING BOTH SIDE'S ANNOUNCE READY FOR TRIAL CASE SET
FOR TRIAL ON 9-11-00 @ 9:00am. for 2 week Trial Period.

[ ] The Court finds that the time between now and the time of

    trial, to wit: _____ thru _____ to be excludable

    pursuant to the Speedy Trial Act.

