00-6205.rr

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6205 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN MELTON KIVETT,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

This cause is before this Court on the Defendant Steven Melton Kivett's Motion to Suppress Statements, filed August 28, 2000. This Court has reviewed the motion and the response. Additionally, an evidentiary hearing was held on this motion on September 6, 2000. At that hearing, this Court made certain findings of fact and law, and this Court incorporates the transcript of that hearing as part of this report and recommendation.

## FACTS AND DISCUSSION

The Defendant has moved to suppress statements made to U.S. Coast Guard Officer Timothy Maleport following a boarding of his vessel in international waters on July 16, 2000.

Custodial statements of an accused are presumptively inadmissible in a court of law unless the government can establish that the statements were made voluntarily and after the defendant knowingly and intelligently waived his constitutional right to remain silent. Miranda v. Arizona, 384 U.S. 436, 455 (1966). At the evidentiary hearing, this Court found that Defendant made certain statements to Officer Maleport in response to questions which could possibly have exceeded the scope of routine boarding questions, and constituted "interrogation." However, this Court found,



for the reasons stated on the record, that those same statements were subsequently repeated voluntarily by Defendant after Miranda warnings were given, and not in response to any questioning by Officer Maleport. Defense counsel conceded that if this court were to so find, any possible grounds for suppression of the initial statements would be vitiated.

## RECOMMENDATION

Accordingly, it is the recommendation of this Court that the Motion to Suppress Statements be **DENIED.**

The parties have until Friday, September 8, 2000 at 12:00 noon within which to serve and file written objections, if any, with the Honorable Paul C. Huck, United States District Judge for the Southern District of Florida. Failure to file objections timely shall bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

**DONE AND ORDERED** this 6th day of September, 2000 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
    Clayton R. Kaiser, Esq. (sent via facsimile)
    Jeffrey N. Kaplan, Esq. (sent via facsimile)