MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U. S. MAGISTRATE JUDGE **STEPHEN T. BROWN**
COURTROOM VIII    TIME: 2:00 p.m. - 3:05 p.m.    Interpreter: n/a

Case No. 00-6205-CR-PCH    Date 9/6/00

Clerk STEPHANIE A. LEE    Tape No./Court Reporter God Jerry Myers - contract

Style: USA v. Steven Kivett

Plaintiff(s) Attorney(s) AUSA Jeffrey Kaplan

Defendant(s) Attorney(s) Clayton Kaeiser

Proceeding: Motion to Suppress, Hrg held. The Gout's first and last witness was Timothy Malepurt, USCG. The Court heard brief argument. The Court entered an ore tenus R&R that the motion be denied and incorporated the transcript by reference. Court to enter brief written R & R. Objs due noon, Fri, Sept 8, 2000.