# EXHIBIT AND WITNESS LIST

| PLAINTIFF | USA | vs. | Steven Kivett | DISTRICT COURT | S/D FL |
|---|---|---|---|---|---|
| PLAINTIFF'S ATTORNEY | AUSA Jeffrey Kaplan | DEFENDANT'S ATTORNEY | Clayton Kaeiser | DOCKET NUMBER | 00-6205-CR-PCH |
|  |  |  |  | TRIAL DATE(S) | hrg 9/6/00 |
| PRESIDING JUDGE | Steh... | COURT REPORTER | Jerry Myers - contract | COURTROOM DEPUTY | Stephanie A. Lee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |  | 9/6/00 |  |  | Timothy Maleport U.S. Coast Guard |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1