

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6205-CR-HUCK
MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN MELTON KIVETT,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the government's motion to bring electronic equipment into the courtroom, to wit, an audio tape recording system, for use in the trial of this case. Considering the grounds raised in the motion, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is granted.

DONE and ORDERED in chambers at Miami, Florida, this 7th day of September, 2000.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

cc: Jeffrey N. Kaplan,
    Assistant United States Attorney
    Clayton Kaeiser, Esquire

