# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

United States of America
Plaintiff(s)

vs.

Steven Melton Kivett
Defendant(s)

Case No. 00-6205-CR-HUCK

FILED by _____ D.C.
DKTG
SEP 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## RELEASE OF EXHIBITS  Defense

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:  ☐ Miami  ☐ Ft. Lauderdale  ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): See Exhibit list Attached
_____

☒ Attachments
(Exhibit List, ~~Order of Court~~)

EXHIBITS RELEASED BY: _____ (Deputy Clerk)

SIGNATURE: Clayton R. K____
PRINT NAME: _____
AGENCY OF FIRM: _____
ADDRESS: _____
TELEPHONE: _____
DATE: _____

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record



IN THE DISTRICT COURT OF THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

STEVEN MELTON KIVETT,

    Defendant.
_____/

CASE NO.   00-6205-CR

JUDGE:   HUCK

## DEFENDANT KIVETT'S EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION |
| --- | --- |
| #1 | Briefcase |
| #2 | Phone number in briefcase |
| #1 | Photo of Pinos *(handwritten)* |