# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

United States of America,
　　　　Plaintiff(s)

vs.

Steven Melton Kivett
　　　　Defendant(s)

Case No. 00-6205-CR-HUCK

FILED by _____ D.C.
DKTG
SEP 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### RELEASE OF EXHIBITS (Government)

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
　Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
　Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ Ft. Lauderdale ☐ West Palm Beach
　Item Nos. _____

☒ ~~Other~~ (Explain): See Exhibit List attached

☒ Attachments
　(Exhibit List, ~~Order of Court~~)

EXHIBITS RELEASED BY: _____ (Deputy Clerk)

SIGNATURE: _____
PRINT NAME: Jeffrey Kaplan
AGENCY OF FIRM: _____
ADDRESS: _____
TELEPHONE: _____
DATE: _____

ORIGINAL-Court File
cc: Records Section
　　Courtroom Deputy
　　Counsel of Record



# UNITED STATES EXHIBIT LIST

UNITED STATES V. STEVEN MELTON KIVETT   ASSISTANT UNITED STATES ATTORNEY JEFFREY N. KAPLAN
CASE NO. 00-6205-CR-HUCK                                                   PAGE 1 OF 1

| EXHIBIT | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1. | Photograph of outside of Pixie | | | ✓ |
| 2. | Photograph of outside of Pixie | | | ✓ |
| 3. | Photograph of inside of Pixie | | | ✓ |
| 4. | Photograph of inside of Pixie | | | ✓ |
| 5. | Photograph of life jackets on Pixie | | | ✓ |
| 6. | Photograph of food on Pixie | | | ✓ |
| 7. | Photograph of drinks on Pixie | | | ✓ |
| 8. | Identity document of Frantzy Charles | | | ✓ |
| 9. | Identity document of Michael Joseph | | | ✓ |
| 10. | Identity document of other aliens | | | ✓ |
| 11. | Tape recording of 7/17/00 | | | NO |
| 12. | Subscriber records for (954) 662-5496 | | | ✓ |
| 13. | Passport of Steven Kivett | | | |