UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6205-CR-HUCK



UNITED STATES OF AMERICA,

      Plaintiff,

vs.

**DO NOT DESTROY**

STEVEN MELTON KIVETT,

      Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

*Please send transcripts of the Coast Guard testimony, specifically questions concerning port of entry, port of call and destination.*

*Janet Fournier*  9-12-00
PLEASE SIGN AND DATE

The Court cannot provide you with a copy of the transcript of the testimony. You must rely on your collective recollection of the testimony.