UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00-6205-CR-HUCK**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
STEVEN MELTON KIVETT, )
)
Defendants. )
_____)

FILED by ___ D.C.
SEP 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

We, the Jury, find the Defendant, STEVEN MELTON KIVETT,

as to Count I:    NOT GUILTY    __X__

GUILTY    _____

SO SAY WE ALL.

*Janet Fournier*
Foreperson's Signature

September 12, 2000
Date

Janet Fournier
Foreperson Print Name

-7-

