UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6205-CR-HUCK



FILED by ___ D.C.
SEP 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN MELTON KIVETT,

    Defendant.
_____/

### JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial, and the jury having found the defendant not quilty as to Count I of the Indictment, Judgment of Acquittal is entered herein as to the Defendant, Steven Melton Kivett, on Count I of Indictment.

ORDERED AND ADJUDGED that the defendant be discharged to go hence without day for return and exonerated of bond, if any, as to the count(s) hereinabove specified only, otherwise the bond shall remain in full force and effect.

DONE AND ORDERED at Miami, Florida, this 12 day of September 2000.

                                                PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

cc:  Jeffrey Kaplan
     Clayton Kaiser, Esq.
     U. S. Marshal Service