UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
SEP 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # _00-6205-CR-HUCK_

COURTROOM MINUTES

HONORABLE _Paul C. Huck_, Presiding   Date _9/12/2000_

Cont'd from _9/11/2000_

Defendant 1. _Steven Melton Kirett_   5._____
         2._____   6._____
         3._____   7._____
         4._____   8._____

Defense Counsel _Clayton Kaiser_   AUSA _Jeffrey Kaplan_

Deputy Clerk _Valerie Thompkins_, Reporter _Larry Herr_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL:   JURY _✓_   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO _/ /_

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD _✗_ CONTINUED TO _/ /_

MISTRIAL DECLARED ___ NEW TRIAL ORDERED ___ TRIAL ENDS _✗_

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _I_

DEFENDANT DISCHARGED/ACQUITTED _I_