FILED by V.T. D.C.
SEP 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6205-CR

**COURTROOM MINUTES**

HONORABLE Paul C. Huck, Presiding   Date 9/11/2000

Cont'd from ___/___/___

Defendant 1. Steven Melton Kivett   5. _____
2. _____   6. _____
3. _____   7. _____
4. _____   8. _____

Defense Counsel Clayton Kaiser   AUSA Jeffrey Kaplan
Deputy Clerk V. Thompkins   Reporter Larry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__  Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY ✓  BENCH___

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS ✓ JURY SELECTION CONTD.__ JURY IMPANELED ✓

JURY TRIAL BEGINS ✓ JURY TRIAL HELD__ CONTINUED TO 9/12/2000

MISTRIAL DECLARED __ NEW TRIAL ORDERED __ TRIAL ENDS __

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY  Cts #_____

DEFENDANT DISCHARGED/ACQUITTED _____