UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI UNITED STATES OF AMERICA,

UNITED STATES OF AMERICA,

Case No. 00-6205-CR-HUCK

Plaintiff,

vs.

MIAMI, *FLORIDA*
SEPTEMBER 6, 2000

STEVEN MELTON KIVETT,

Defendant.

---

**TRANSCRIPT OF MOTION TO SUPPRESS
BEFORE THE HONORABLE STEPHEN T. BROWN
MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

FILED by _____ D.C.
CT. REP. _____
SEP 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

JEFFREY KAPLAN, A.U.S.A.
500 East Broward Blvd., 7th Floor
Ft. Lauderdale, FL 33301   954/356-7255

FOR THE DEFENDANT:

CLAYTON R. KAEISER, ESQ.
28 West Flagler Street, Suite 301
Miami, FL

REPORTED BY:

JERALD M. MEYERS, RPR-CM
Official Federal Court Reporter
301 North Miami Avenue, 9th Floor
Miami, FL  33128-7797 - 305/374-8108

**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**